IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       vs.<br><br>TIMOTHY DeFOGGI,<br><br>              Defendant. | **8:13CR105**<br><br>**ORDER** |

For administrative purposes, the term of service for the jurors who sat in this matter, including alternate jurors, is hereby extended until October 7, 2014.

IT IS SO ORDERED.

Dated this 26th day of August, 2014.

BY THE COURT:

s/ Laurie Smith Camp
Chief United States District Judge